# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CATHERINE JANE HARRISON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-0462-C |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $3,028.72 under the Equal Access to Justice Act, representing compensation for seventeen (17) hours of service by Wendy A. Pierce, Esquire, at the cost-of-living-adjusted rate of $178.16 an hour, and expenses of $126.96; the total EAJA award due and owing plaintiff is $3,155.68.

**DONE** this the 8th day of December, 2011.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**